154 So. 916

AMERICAN AGRICULTURAL CHEMICAL CO. v. Anna KARRH, Ex'x, et al.

6 Div. 552.

Supreme Court of Alabama.
April 12, 1934.

Ball & Ball, of Montgomery, and Arthur Fite, of Jasper, for appellant.

W. W. Bankhead and Chas. R. Wiggins, both of Jasper, for appellees.

PER CURIAM.
Appeal dismissed by appellant.

154 So. 916

AMERICAN LIFE INSURANCE CO. v. Dewey Franklin WHITE et al.

7 Div. 241.

Supreme Court of Alabama.
May 24, 1934.

PER CURIAM.
Appeal dismissed for want of prosecution.

151 So. 919

BIRMINGHAM BELT R. CO. v. Harlan Thomas GRAHAM, pro ami.

6 Div. 470.

Supreme Court of Alabama.
Dec. 1, 1933.

Cabaniss & Johnston, of Birmingham, for appellant.

John W. Altman, of Birmingham, for appellee.

PER CURIAM.
Reversed and remanded by agreement.

154 So. 916

BIRMINGHAM NEWS CO. v. William MOSELEY et al.

8 Div. 565.

Supreme Court of Alabama.
May 17, 1934.

R. Du Pont Thompson and Walter S. Smith, both of Birmingham, for appellant.

O. Kyle and Seybourne H. Lynne, both of Decatur, for appellees.

See, also, 225 Ala. 45, 141 So. 689.

PER CURIAM.
Appeal dismissed by appellant.

152 So. 918

Grace BROOKS v. Aubrey Lee BROOKS.

7 Div. 197.

Supreme Court of Alabama.
Jan. 11, 1934.

PER CURIAM.
Appeal dismissed for want of prosecution.